UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PNG Telecommunications, Inc., :
   Plaintiff,
                           :

   v.
                           :   Case Number:   1:01cv902
                                **Termination Date**:  June 10, 2003

S&S Communications, :
   Defendant.

### NOTICE OF COUNSEL

I hereby acknowledge receipt of exhibits and depositions filed in the above-styled case.

Defendant's Deposition:

   Holly L. Shively


_1/28/04_
DATE

_James Loyd Salmon_
Counsel for the Defendant

bac       January 27, 2004